

RACHEL PENSKI FISSELL   rfissell@walfishfissell.com   +1.212.672.0523
405 Lexington Avenue, 8th Floor  New York, NY 10174  www.walfishfissell.com

January 14, 2022

Hon. John P. Cronan
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

Re: *Lebanese Co. for Financial Investment SAL v. Córporación Eléctrica Nacional,*
  Case 1:21-cv-09173

Dear Judge Cronan:

We write on behalf of Plaintiff in the above-referenced matter to request that the Court adjourn *sine die* the Initial Pretrial Conference ("IPTC") scheduled for January 26, 2022 (ECF No. 9). Defendant's deadline to respond to the Complaint is January 24, 2022 and, to date, no counsel has appeared for Defendant.  If Defendant does not appear in the matter, then we expect to seek a default judgment against Defendant following the January 24 deadline, obviating any need for an IPTC on the matter.  If Defendant does respond to the Complaint, then we will work with Defendant to agree on a schedule for submitting the materials required by the Court's Individual Rules and as set forth in ECF No. 9.  There have been no previous requests for an adjournment of the IPTC.

Respectfully submitted,

*Rachel Fissell* (signature)

Rachel Penski Fissell

This request is granted. The IPTC scheduled for January 26, 2022 is adjourned *sine die*. The parties shall file a status letter by January 31, 2022.
SO ORDERED.
Date: January 18, 2022
New York, New York

_____
JOHN P. CRONAN
United States District Judge

WALFISH & FISSELL PLLC