**From:** Aaron Lukken
**To:** Rachel Penski Fissell
**Subject:** Re: Service on a Venezuelan-state owned entity
**Date:** Thursday, February 17, 2022 3:17:18 PM
**Attachments:** Outlook-h5wliql0.pnq

As we discussed, absent a special arrangement between the parties, 28 U.S.C. 1608(b) (the Foreign Sovereign Immunities Act section on serving state instrumentalities) offers only **two** avenues to service in this instance without a direct action in a Venezuelan court *after* these two methods have been exhausted.  Confirming previously discussed costs here…

HAGUE SERVICE (rendered mandatory by *Volkswagen v. Schlunk*, 486 U.S. 694 (1988)):

- Our fee to prepare, compile, and manage the Hague Request: **$1,500**
- Translation of service documents, estimate $70/page on average (though competent translators charge by the word-- not by the page-- this presumes roughly 80 pages): **$5,600**
- Printing & shipping:  **$400**  (all documents, including translations, must be sent to Caracas in duplicate-- this presumes roughly 80 pages of originals)
- TOTAL: **$7,500**

LETTER ROGATORY (assuming Hague attempt fails-- which is distinctly possible):

- Our fee to draft the Letter Rogatory itself and application for its issuance by the court, as well as translation of the executed Letter: **$2,000**
- Fees paid to State Department: **$2,275**
- Translation:  will already have been completed for Hague service.
- Printing & shipping:  **$250**  (all documents, including translations, must be sent to the State Department in duplicate-- this likewise presumes roughly 80 pages of originals)
- TOTAL: **$4,525**

For each method, we cannot reasonably expect to receive a response for several months, if not more than a year.

By all means, let me know what questions remain or arise later.

Many thanks,
Aaron

---

### Aaron Lukken
Attorney, Managing Member
**Viking Advocates, LLC**
Author of *The Hague Law Blog*
Visit my LinkedIn profile here
+1-816-683-7900





*Disclaimers: (1) Email is not a secure medium of communication. While this is common knowledge, we tend to forget, so please let this serve as a reminder that emails can be intercepted-- simple as that. If you do not want to communicate with me by email, please advise me. (2) If you are not the correct recipient, please let me know that you have received this message in error. (3) Save a tree! Don't print this unless it is absolutely necessary.*

**From:** Rachel Penski Fissell <rfissell@walfishfissell.com>
**Sent:** Thursday, February 17, 2022 13:28
**To:** Aaron Lukken <lukken@vikinglaw.us>
**Subject:** Service on a Venezuelan-state owned entity

Aaron:

Per our earlier discussions, could you please provide me with pricing for service of a complaint and three attachments (totaling approximately 78 pages) on a Venezuelan-state owned entity via the Hague Convention and, if as you expect Hague Convention service fails, the pricing for service via letters rogatory?

Thanks,
Rachel

**RACHEL PENSKI FISSELL**   Walfish & Fissell PLLC

405 Lexington Avenue, 8th Floor, New York, NY 10174

T: +1-212-672-0523   rfissell@walfishfissell.com

www.walfishfissell.com

==============================================================

This e-mail message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.