```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
LEBANESE COMPANY FOR FINANCIAL                                         :
INVESTMENT SAL,                                                        :
                                                                       :
                              Plaintiff,                               :    21 Civ. 9173 (JPC)
                                                                       :
              -v-                                                      :    ORDER
                                                                       :
                                                                       :
CORPORACION ELECTRICA NACIONAL                                         :
                                                                       :
                              Defendant.                               :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On April 1, 2022, Plaintiff's counsel, Walfish & Fissell PLLC, moved to withdraw as counsel of record under Local Civil Rule 1.4 because of Plaintiff's alleged inability and refusal to pay outstanding and future legal fees and expenses. *See* Dkts. 20, 21. By April 18, 2022, Walfish & Fissell PLLC shall advise whether it has informed Plaintiff of its motion to withdraw as counsel of record in this case and, if so, Plaintiff's position on that motion.

By April 5, 2022, Walfish & Fissell PLLC shall serve a copy of this Order along with its motion to withdraw and accompanying papers, *see* Dkts. 20, 21, 22, on Plaintiff. Walfish & Fissell PLLC shall file proof of service on the docket by April 6, 2022.

SO ORDERED.

Dated: April 4, 2022
New York, New York

                                            JOHN P. CRONAN
                                            United States District Judge