

RACHEL PENSKI FISSELL   rfissell@walfishfissell.com   +1.212.672.0523
405 Lexington Avenue, 8th Floor  New York, NY 10174  www.walfishfissell.com

April 18, 2022

Hon. John P. Cronan
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

Re:  *Lebanese Co. for Financial Investment SAL v. Córporación Eléctrica Nacional,*
     Case 1:21-cv-09173

Dear Judge Cronan:

We write pursuant to the Court's April 4, 2022 order (ECF No. 24) ("Order") responding to the
motion ("Motion") of Walfish & Fissell PLLC ("W&F") to withdraw as counsel to Plaintiff
Lebanese Company for Financial Investment SAL ("LCFI") for reasons of non-payment (ECF
Nos. 20-22).

The Order directed W&F by April 5, 2022 to serve the Order, together with the Motion papers,[1]
on LCFI, and provided that "[b]y April 18, 2022 [W&F] shall advise whether it has informed
Plaintiff of its motion to withdraw as counsel of record in this case, and if so, Plaintiff's position
on that motion." ECF No. 24.

W&F served the Order and Motion papers as directed, sending them on April 5, 2022 to LCFI's
principal and LCFI's Lebanese counsel via email, and noting that the Court had requested that
LCFI provide its position on the Motion so that W&F could report that to the Court. *See* ECF No.
25 (Declaration of Service filed pursuant to the Order). On April 14, 2022, I sent a follow-up email
to LCFI's principal and LCFI's Lebanese counsel again requesting that LCFI provide its position
on the Motion so that W&F may report it to the Court.

LCFI has not responded to these emails (or otherwise communicated with us since the Motion was
filed), and so we are unable to report Plaintiff's position on the Motion.

                                        Respectfully submitted,

                                        *Rachel Fissell*

                                        Rachel Penski Fissell

---

[1] W&F had previously served the Motion papers on LCFI at the time of their filing. *See* Certificates of
Service appended to ECF Nos. 20-22.